

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Courtney M. Soliday**
*Special Assistant Corporation Counsel*
Office: (212) 356-8761

April 1, 2026

**<u>VIA ECF</u>**
Hon. Arun Subramanian
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

> Re:    *Wright v. New York City Public Schools,* 25-10706 (AS)(JW)

Dear Judge Subramanian:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

I write to respectfully request an adjournment *sine dine* of the April 9, 2026 conference. Plaintiffs consent to this request. Defendant's first request for an extension of this deadline. The requested adjournment will give Defendant's counsel time to finalize the City's internal review process and allow the parties to engage in settlement negotiations and hopefully resolve this matter without the need for a conference.

Thus, Defendant respectfully requests that the April 9, 2026 conference be adjourned *sine dine*.

Thank you for considering this request.

Respectfully submitted,
*/s/ Courtney M. Soliday*
Courtney M. Soliday, Esq.
Special Assistant Corporation Counsel

cc:    Plaintiffs' Counsel (via ECF)

GRANTED. The April 9 initial pre-trial conference is CANCELLED. The case is STAYED pending further order of the Court. The parties are directed to file status updates on the docket every 30 days discussing the status of negotiations and whether the case should be dismissed or the stay should be lifted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 16, and to stay this case. SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 1, 2026